**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50401.

March 4, 1970.

In re: Jimmy Fuller applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

232 So.2d 74

**SOUTH CENTRAL BELL TELEPHONE COMPANY**

v.

**LOUISIANA PUBLIC SERVICE COMMISSION.**

No. 50425.

March 9, 1970.

In re: South Central Bell Telephone Company applying for writs of certiorari or review.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Melvin A. Shortess, Judge of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 30th day of March, 1970, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent Louisiana Public Service Commission shall show cause, in this court, on the date aforesaid, at 11 o'clock A. M., why the relief prayed for in the petition of the relator should not be granted.

232 So.2d 75

**MARYLAND NATIONAL INSURANCE COMPANY**

v.

**Honorable Jim GARRISON, District Attorney in and for the Parish of Orleans.**

No. 50374.

March 12, 1970.

In re: Maryland National Insurance Company applying for writs of certiorari, prohibition and mandamus.

Granted. See order Orleans Parish.

On considering the petition of relator in the above entitled and numbered cause:

It is ordered that the Honorable Matthew S. Braniff, Judge, Criminal District Court, Parish of Orleans, issue commissions permitting the relator, Maryland National Insurance Company, to take the depositions of Mr. W. Hardie Davis and Mr. William Stroud in Miami, Florida.

It is further ordered that in the event the respondent judge fails to comply with the aforesaid order on or before March 26, 1970, that a writ of certiorari issue herein directing the trial judge to transmit to the Supreme Court of Louisiana, the record in duplicate, or a certified copy of the record in duplicate, in this proceeding and that said judge shall show cause in this Court on June 10, 1970 at 11:00 a. m. why the petition of relator should not be granted.